**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHAIM BABAD and CONGREGATION KAHAL
MINCHAS CHURCH,

                      Defendants-Appellants,

    -against-                                   23 **CIVIL** 10238 (MKV)

**JUDGMENT**

45 JOHN LOFTS, LLC.,

                      Plaintiff-Appellee.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 8, 2025, the above-captioned appeal is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      January 8, 2025

                                                 **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                            **BY:**
                                            _____
                                                  **Deputy Clerk**